UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

FLETCHER LEE SALAZAR,

        Defendant.

_____/

Hon. Janet T. Neff

Case No.
1:15-cr-00004-JTN-1

## ORDER

        Defendant appeared before me on February 3, 2015, with appointed counsel for a detention hearing under the Bail Reform Act of 1984, 18 U.S.C. § 3142(f).  After being advised of his rights, including those attendant to a detention hearing, defendant waived his right to the hearing. I find that his waiver was knowingly and voluntarily entered.

        Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

        DONE AND ORDERED this 3th day of February, 2015.


                        _/s/ Phillip J. Green____
                        PHILLIP J. GREEN
                        United States Magistrate Judge